UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. MINISTER TALIV ALI
MRS. E. DUCOTE ALI
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 2475 (KMW) ( )

- against -

JUDGE THOMAS J. McAVOY (ND)
JUDGE GARY J. SHARPE (ND)
CH. J. RICHARD J. ARCARA (WD)
JUDGE THOMAS H. KATE (SD)
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF APPEAL IN A CIVIL CASE**

Notice is hereby given that Mr. & Mrs. Minister Taliv Ali
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

CAPIAS AD RESPONDENDUM or NEMO EST SUPRA LEGIS
*(describe the judgment)*

Against Sui Generis 28 USC § 372(c)(14) toward § 1443(1)(2) of § 2241(c)(3) having scienter of Felonies Offenses

entered in this action on the 16th day of August, 20 07.

Signature: Mr. & Mrs. Minister Taliv Ali
Address: UPSTATE CORR. FAC. P.O.B. 2001  309 Barehill Rd.
City, State & Zip Code: MALONE, N.Y. 12953

DATED: APRIL 3, 2008

Telephone Number: ( ) -

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*